IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE VANATHAN BLACK, #137192, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:11cv845-WHA |
| ) | |
| DOC OF ALA. STATE, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #3), entered on October 19, 2011, the Recommendation is adopted, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE this 9th day of November, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE